UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMPTER PORTER,<br><br>  Plaintiff,<br><br>  v.<br><br>LAQUIN RIVERA, et al.,<br><br>  Defendants. | No.  1:24-cv-00599-JLT-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 16) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On August 23, 2024, the Court screened Plaintiff's second amended complaint, found no cognizable claims, and granted Plaintiff one final opportunity to file an amended complaint, if he believed he could do so in good faith.  (ECF No. 16.)  Plaintiff has failed to file an amended complaint and the time to do so has passed.  Accordingly, Plaintiff shall be ordered to show cause why the action should not be dismissed for failure to prosecute, failure to comply with a court order, and failure to state a cognizable claim for relief.

Accordingly, it is HEREBY ORDERED that:

1. Within **fourteen (14)** days from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

1

2. Failure to comply with this order will result in a recommendation to dismiss this action for failure to prosecute, failure to comply with a court order, and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: __October 2, 2024__

UNITED STATES MAGISTRATE JUDGE

2